81,428-03

Jan. 13, 2015

To The Clerk of the Court of Criminal Appeals of Texas,

I, Martin Mendoza Jr #1834642, am writing to ask if the Court has reviewd or denied my 11.07 writ of Habeas Corpus No. W11-63193-J(A). I have been transfered to the Briscoe Unit in T.D.C.J at 1459 W. Hwy 85, Dilley, Tx. 78017 and fear that my mail has been lost since I have not recieved Notice from the Court on the findings of my writ No. W11-63193-J(A). Please notify me of any orders from the Court on my above mentioned writ. Thank you for your time and Professionalism.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 20 2015

Abel Acosta, Clerk

Martin Mendoza Jr
Martin Mendoza Jr #1834642
Briscoe Unit
1459 W. Hwy 85
Dilley, Tx. 78017